437 F.2d 1320
 Geno Henry BARBER, Petitioner-Appellant,
v.
UNITED STATES of America, Respondent-Appellee.
No. 30785 Summary Calendar.*
*Rule 18, 5 Cir.; see Isbell Enterprises, Inc.
v.
Citizens Casualty Co. of New York, et al., 5 Cir., 1970, 431
F.2d 409, Part I.
 United States Court of Appeals, Fifth Circuit.
 Feb. 4, 1971, Rehearing Denied May 20, 1971.
 
 Glenn Zell, Atlanta, Ga., for petitioner-appellant.
 William J. Schloth, U.S. Atty., D. L. Rampey, Jr., Asst. U.S. Atty., Macon, Ga., for respondent-appellee.
 Appeal from United States District Court, Middle District of Georgia; William A. Bootle, Chief Judge.
 Before BELL, AINSWORTH and GODBOLD, Circuit Judges.
 PER CURIAM:
 
 Affirmed. See Local Rule 21.[1]
 
 
 [1]
 See NLRB v. Amalgamated Clothing Workers of America, 5 Cir., 1970, 430 F.2d 966